Rel: March 14, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0293

Charles H. Griffin, as co-personal representative of the Estate of Thomas W. Griffin, Sr., deceased v. Thomas W. Griffin, Jr., as co-personal representative of the Estate of Thomas W. Griffin, Sr., deceased (Appeal from Marshall Circuit Court: CV-22-16).

SHAW, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Bryan, Mendheim, and Cook, JJ., concur.